DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THEODORIC RAYJON JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3749

_____

November 15, 2023

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender, and Gustavo J. Garcia-Montes, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.